# United States Court of Appeals
## For the Eighth Circuit

_____

No. 11-3621

_____

Allstate Property & Casualty Insurance Company

*Plaintiff - Appellee*

v.

Reginald Bailey

*Defendant - Appellant*

Roxanna Bailey

*Defendant*

Franklin Credit Management Corp.

*Defendant - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: August 1, 2012
Filed: August 6, 2012
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this interpleader action, Reginald Bailey appeals the district court's[1] adverse summary judgment decision. Following careful de novo review, see Stein v. Chase Home Fin., LLC, 662 F.3d 976, 979 (8th Cir. 2011) (standard of review), we conclude that the summary judgment decision was appropriate for the reasons stated by the district court. We also conclude that the district court did not abuse its discretion in declining to impose sanctions, see MHC Inv. Co. v. Racom Corp., 323 F.3d 620, 624 (8th Cir. 2003) (standard of review), or in denying reconsideration, see Arnold v. Wood, 238 F.3d 992, 998 (8th Cir. 2001) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.